**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO ARAUZ,<br><br>        Petitioner,<br><br>   v.<br><br>KIM HOLLAND, Warden,<br><br>        Respondent. | Case No. CV 14-06669 JFW (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On March 12, 2015, Petitioner filed "Motion to Refile Exhausted Claims after this Court Granted a Stay in Abeyance Under <u>Kelly</u>." (Dkt. #20.) On March 18, 2015, the Court granted Petitioner's Request to Refile Exhausted Claims in a Minute Order and directed the Clerk to send Petitioner a habeas form for this District to be used in filing a Second Amended Petition within 30 days. (Dkt. #21.) On April 28, 2015, the Court issued a second Minute Order, noting that Petitioner failed to file a Second Amended Petition and again directing the Clerk to send Petitioner a habeas form for this District to be used by Petitioner to file a Second Amended Petition within 21 days. (Dkt. #22.) On June 11, 2015, the Court issued a third Minute Order, indicating that Petitioner had submitted correspondence to the Court, but Petitioner had failed to file a Second Amended Petition as previously

1 ordered. (Dkt. #24.) The Clerk was again directed to send Petitioner a habeas form
2 for this District to be used by Petitioner to file a Second Amended Petition within
3 21 days. The Court further stated that failure to comply with its Orders may result
4 in a recommendation of dismissal.

5 As of today, and despite three prior Orders directing him to file his Second
6 Amended Petition, Plaintiff has failed to file a Second Amended Petition or request
7 an extension of time in which to do so.

8 Accordingly, Petitioner is ORDERED TO SHOW CAUSE within twenty one
9 (21) days of the date of this Order why this action should not be dismissed with
10 prejudice for failure to prosecute. Petitioner may discharge this Order by filing a
11 Second Amended Petition or by filing a declaration under penalty of perjury stating
12 why he is unable to do so.

13 The Clerk of the Court is directed to serve a copy of this Order upon
14 Petitioner at his address of record. The Clerk of the Court is also directed to send
15 Petitioner a habeas form utilized by the Central District of California. Petitioner
16 should fill out the form containing all of his exhausted claims, label it "Second
17 Amended Petition" and file it with the Court within 21 days of the date of this
18 Order.

19 DATED: September 10, 2015

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE