**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERTO ARAUZ,

             Petitioner,

    v.

KIM HOLLAND, Warden,

             Respondent.

Case No. CV 14-06669 JFW (AFM)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED:  August 5, 2016

                                  _____
                                     JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE